## W. L. MOODY & CO. v. FREEMAN-SIPES CO. *et al.*

No. 1461.   Opinion Filed September 12, 1911.

(118 Pac. 135.)

**APPEAL AND ERROR**—Final Order—Vacating Default Judgment.   An order vacating and setting aside a judgment by default, for the purpose of permitting the parties against whom the judgment was rendered to answer and defend, is not a final order, but is interlocutory, from which no appeal lies to the Supreme Court.

(Syllabus by the Court.)

*Error from District Court, Garvin County; R. McMillan, Judge.*

Action by W. L. Moody & Co. against Freeman-Sipes Company and W. M. Freeman.   From an order vacating a default judgment, plaintiff brings error.   Dismissed.

*H. M. Carr* and *R. A. Rogers,* for plaintiff in error.

*Thompson & Patterson,* for defendants in error.

HAYES, J.   Plaintiff in error, who was plaintiff below, has brought this proceeding to have reviewed an order of the trial court, vacating and setting aside a judgment upon default, and permitting defendants in error, defendants below, to file their answer and defend against the action.   Such an order is not a final order, but is interlocutory, from which no appeal lies to this court.   *Aetna Bldg. & Loan Ass'n v. Williams et al.,* 26 Okla. 191, 108 Pac. 1100; *Maddle v. Beavers,* 24 Okla. 703, 104 Pac. 909; *W. L. Moody & Co. v. Freeman & Williams et al.,* 24 Okla. 701, 104 Pac. 30; *Town of Byars v. Sprouls,* 24 Okla. 299, 103 Pac. 1038.

This appeal is therefore dismissed.

All the Justices concur.